

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 20, 2020

**By Email**

The Honorable Paul E. Davison
Chief United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *United States v. Anthony Riccardi et al.*, 20 Mag. 7281

Dear Judge Davison,

In light of the arrests of each of the defendants in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

SO ORDERED 7/20/20

[signature]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: [signature]
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962