UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA         :

                                                           :    20 Mag. 7281

    -against-                          :    <u>ORDER</u>

                                          :

Anthony Riccardi                 :

      Defendant                  :

------------------------------------X

Paul E. Davison, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include Home Detention, enforced by Radio Frequency Location Monitoring, in lieu of GPS Location Monitoring.

Dated: White Plains, New York
       September __, 2020

                                SO ORDERED:

                                _____
                                Paul E. Davison
                                United States Magistrate Judge