**LARRY SHEEHAN**
ATTORNEY AT LAW

MEMBER, NEW YORK BAR    840 GRAND CONCOURSE-SOUTH OFFICE
BRONX, NEW YORK 10451
917-417-0490

August 25, 2020

Via ECF
Honorable Paul Davidson
United States Magistrate
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/20

Re: United States v. Anthony Riccardi
    20 MJ 7281

Dear Judge Davidson:

   The defendant, in the above matter, is seeking the Court's permission to purchase a used automobile for approximately $7,000 to $8,000 dollars. The conditions of his release include that he not transfer any assets greater than $2,000 without approval. I have received the consent of AUSA Nicholas Bradley and from Michael Jones of Connecticut pre-trial services for this application.

   Should the Court have any questions please feel free to contact the undersigned.

Sincerely,

Larry Sheehan

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
9/2/20

LS/ss