# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  3/16/2021

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                  Plaintiff

      -against-

Anthony Riccardi

                Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:20-mj-7281

TO ALL PARTIES:

The Court has scheduled a Change of Counsel hearing for 3/16/2021 at  12 pm  before Magistrate
Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code
5999739.  Members of the press and public may call the same number, but will not be permitted to speak
during the conference.

Dated:  March 16, 2021
       White Plains, New York

                                     SO ORDERED:

                                     s/      PED
                                     ————————————

                                     PAUL E. DAVISON
                                     United States Magistrate Judge