UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Anthony Riccardi

    Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-mj-7281

Defendant Anthony Riccardi hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☒      Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anthony Riccardi
Print Defendant's Name

_____
Defendant's Counsel's Signature

Larry Sheehan
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/15/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge